```
                                            FILED
                                           AUG 3 1 2005
                                       CLERK, U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF CALIFORNIA
                                      BY_____
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GE CONSUMER FINANCE, INC.,

    Plaintiff,

v.                                    NO. CIV. S-05-1727 LKK/KJM

GERGG LUKENBILL,

    Defendant.
_____/

**ORDER OF RECUSAL AND REASSIGNMENT**

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that he has a "financial interest" within the meaning of 28 U.S.C. § 455(c) and (d)(4) in plaintiff General Electric Corporation, 28 U.S.C. § 455(c) and (d)(4) mandates the disqualification of the undersigned.

IT IS THEREFORE ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned;

////

1

GE Consumer Finance, Inc. v Lukenbill                                    Doc. 5

1  2.  All currently scheduled dates in the above-captioned
2  action are **VACATED**;
3  3.  The Clerk of the Court reassign this case to another
4  judge for all further proceedings, making appropriate adjustments
5  in the assignments of civil cases to compensate for such
6  reassignment;
7  4.  This case is REASSIGNED to the Honorable
8  Morrison C. England, Jr.
9  IT IS SO ORDERED.
10  DATED: August 29, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT