```
                                              FILED
                                            AUG 3 1 2005
                                         CLERK, U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF CALIFORNIA
                                         BY_____
                                               DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GE CONSUMER FINANCE, INC.,

    Plaintiff,

v.                                                          NO. CIV. S-05-1727 LKK/KJM

GERGG LUKENBILL,

    Defendant.
_____/

### ORDER OF RECUSAL AND REASSIGNMENT

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that he has a "financial interest" within the meaning of 28 U.S.C. § 455(c) and (d)(4) in plaintiff General Electric Corporation, 28 U.S.C. § 455(c) and (d)(4) mandates the disqualification of the undersigned.

IT IS THEREFORE ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned;

////

1

2. All currently scheduled dates in the above-captioned action are **VACATED**;

3. The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment;

4. This case is REASSIGNED to the Honorable Morrison C. England, Jr.

IT IS SO ORDERED.

DATED: August 29, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2